ACCEPTED
01-15-00951-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 9:36:07 AM
CHRISTOPHER PRINE
CLERK

# CALLIER & GARZA, L.L.P.
## ATTORNEYS AT LAW

*Joseph Alan Callier*

BOARD CERTIFIED,
CIVIL AND PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

4900 WOODWAY, SUITE 700
HOUSTON, TEXAS 77056
TELEPHONE (713) 439-0248
FACSIMILE (713) 439-1908

November 30, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 9:36:07 AM
CHRISTOPHER A. PRINE
Clerk

Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re.:    Court of Appeal No.: 01-15-00951-CV
        Trial Court Case No.: 77769-CV: Glen Rice v. City of Lake Jackson; In the District Court
        of Brazoria County, Texas, 23rd Judicial District

Dear Clerk:

Please note that this is an appeal of an interlocutory order pursuant to CPRC §51.014(a)(8) and be advised that there is no court reporter record to be filed in the referenced appeal only pleadings contained within the clerk's record.

Sincerely,

Joseph Alan Callier

JAC/kr

H:\Docs\141 Documents\141-53 Rice\Appeal\clerknocourtreporterrecord.doc

*Page 1*